```
Alex Terepka (SBN 288243)
alex@wtlaw.com
Patrick Fitzgerald
(pro hac vice applications forthcoming)
pfitzgerald@wtlaw.com
```
**WATSTEIN TEREPKA LLP**
515 South Flower Street, 19th Floor
Los Angeles, California 90071
Telephone: (213) 839-3317

*Counsel for Defendant My Realty Edge Corp*
*d/b/a HUD Homes USA*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CLAUDIA REED, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>MY REALTY EDGE CORP. d/b/a HUD HOMES USA, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | **CASE NO: 5:25-cv-05679-EKL** |

## NOTICE OF RESOLUTION

　　Plaintiff Claudia Reed and Defendant My Realty Edge Corp. d/b/a HUD Homes USA (collectively, the "Parties") file this Notice of Resolution, informing the Court that the Parties have reached an agreement to resolve this matter. The Parties anticipate finalizing the terms of that agreement and filing a stipulated dismissal shortly thereafter. Accordingly, the Parties ask the Court to stay any pending deadlines until March 16, 2026.

[*signature on following page*]

DATED: February 12, 2026

By: /s/ Jacob U. Ginsburg
*Signed with express permission*
Jacob U. Ginsburg (pro hac vice)
jginsburg@creditlaw.com
teamkimmel@creditlaw.com
KIMMEL & SILVERMAN, P.C.
30 East Butler Avenue
Ambler, Pennsylvania 19002
Telephone: (267) 468-5374
Facsimile: 215-540-8817
Ethan Preston (263295)
ep@eplaw.us
PRESTON LAW OFFICES
4054 McKinney Avenue, Suite 310
Dallas, Texas 75204
Telephone: (972) 564-8340
Facsimile: (866) 509-1197

*Attorneys for Plaintiff Claudia Reed, individually, and on behalf of all others similarly situated*

By: /s/ Alex Terepka
Alex Terepka
**WATSTEIN TEREPKA, LLP**
515 South Flower Street, 19th Floor
Los Angeles, California 90071
Telephone: 213-839-3317

*Counsel for Defendant My Realty Edge Corp d/b/a HUD Homes USA*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on February 12, 2026, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Alex Terepka*
Alex Terepka

*Counsel for Defendant My Realty Edge Corp
d/b/a HUD Homes USA*